# Third District Court of Appeal

## State of Florida

Opinion filed January 28, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0509
Lower Tribunal No. 19-26712-CA-01
_____

**USAA Casualty Insurance Company**,
Appellant,

vs.

**Jeffrey Sweeney, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Shutts & Bowen, LLP, and Frank A. Zacherl, and Julissa Rodriguez; Hinshaw & Culbertson LLP, and Katherine A. Coba, for appellant.

Rodriguez Tramont & Núñez, P.A., and Paulino A. Núñez, Jr., and Frank R. Rodriguez; Crabtree & Auslander, LLC, and Charles M. Auslander, and John G. Crabtree, and Brian Tackenberg, for appellees.

Before SCALES, C.J., and EMAS and MILLER, JJ.

PER CURIAM.

Affirmed.